■ ELIZABETH KOSOFF-BODA, Appellant, v COUNTY OF WAYNE, Respondent and Third-Party Plaintiff. CHARLES R. BODA, Third-Party Defendant-Respondent, et al., Third-Party Defendant. (Appeal No. 2.) [844 NYS2d 743]—Appeal from an order of the Supreme Court, Wayne County (Stephen R. Sirkin, A.J.), entered January 24, 2007 in a personal injury action. The order denied plaintiff's motion for leave to renew plaintiff's opposition to defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Kosoff-Boda v County of Wayne* (45 AD3d 1337 [2007]). Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.